1

BETTY HERRERA (242189)

2

**S A C K E T T**
**AND ASSOCIATES**

3

A PROFESSIONAL LAW CORP.

4

1055 Lincoln Avenue

5

Post Office Box 5025
San Jose, California 95150-5025

6

Telephone: (408) 295-7755

7

Facsimile: (408) 295-7444

8

9

Attorney for Plaintiff

10

11

UNITED STATES DISTRICT COURT

12

NORTHERN DISTRICT OF CALIFORNIA

13

SAN FRANCISCO DIVISION

14

15

16   TERRY L. DOBBINS                          )   Civil No. C08-00282-VRW
                                               )
17              Plaintiff,                      )
                                               )
18   v.                                         )   STIPULATION AND ORDER
                                               )
19                                              )
20   MICHAEL J. ASTRUE,                         )
     Commissioner,                              )
21   Social Security Administration,            )
                                               )
22              Defendant.                      )
                                               )
23   _____)

24

25          Plaintiff and Defendant, through their respective attorneys, hereby stipulate that

26   Plaintiff shall have an extension of time of (30) days up through and including

27   Monday, July 7, 2008 in which to e-file her Motion for Summary Judgment.  This

28

1

STIPULATION AND ORDER

extension is necessitated by the number of other cases (9) Plaintiff's counsel currently has before the district court that also require briefing around this time period.

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: June 2, 2008                                    /s/
_____
JAIME L. PRECIADO
Assistant U.S. Attorney

Dated: June 2, 2008                                    /s/
_____
BETTY HERRERA
Attorney for Plaintiff
TERRY L. DOBBINS

IT IS SO ORDERED.

Dated:  June 10, 2008

GRANTED

Judge Vaughn R Walker

STIPULATION AND ORDER

2