BETTY HERRERA (242189)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TERRY L. DOBBINS ) | Civil No. C08-00282-VRW |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION AND ORDER |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner, ) | |
| Social Security Administration, ) | |
| ) | |
| Defendant. ) | |
| ) | |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a second extension of time of (14) days up through and including Monday, July 21, 2008 in which to e-file her Motion for Summary Judgment. This extension is necessitated by the number of other cases (10) Plaintiff's counsel

1

STIPULATION AND ORDER

currently has before the district court that also require briefing around this time period.

|  |  |
|---|---|
|  | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| Dated: July 3, 2008 | /s/<br>JAIME L. PRECIADO<br>Assistant U.S. Attorney |
| Dated: June 3, 2008 | /s/<br>BETTY HERRERA<br>Attorney for Plaintiff<br>TERRY L. DOBBINS |

IT IS SO ORDERED.

Dated: July 8, 2008

GRANTED
Judge Vaughn R Walker
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2

STIPULATION AND ORDER