JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
LUCILLE GONZALES MEIS, SBN CO 15153
Regional Chief Counsel, Region IX,
Social Security Administration
JAIME L. PRECIADO SBN WI 1030911
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8943
    Facsimile: (415) 744-0134

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TERRY L. DOBBINS,<br><br>    Plaintiff,<br><br>        v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. C: 08-CV-282 VRW<br><br>STIPULATION AND ORDER OF REMAND |

    IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the approval of the Court, that this action be remanded to the Defendant, Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings. The purpose of the remand is to offer Plaintiff a new hearing and decision.

    Upon remand, the Office of Disability Adjudication and Review will remand this case to an Administrative Law Judge (ALJ) and direct him or her to: 1) contact Plaintiff's treating physician, Bruce A. Cree, M.D., to clarify the date Plaintiff began Interferon treatments, and what side effects, if any, did Plaintiff experience prior to June 30, 2002; 2) include a medical source statement for the period of time between June 1, 2002, and June 30, 2002; 3) re-evaluate Plaintiff's subjective complaints pursuant to SSR 96-7p; 4) reassess Plaintiff's residual functional capacity pursuant to 96-8p; 5) re-evaluate whether

Plaintiff can return to her past relevant work; 6) and if warranted, proceed to step 5 of the sequential evaluation process, and obtain vocational expert testimony, if necessary.

Dated: *August 27, 2008*  /s/ *Betty Herrera*
*(As authorized via fax)*
BETTY HERRERA
Attorney for Plaintiff


JOSEPH P. RUSSONIELLO
United States Attorney

Dated: *August 27, 2008*  By: /s/ *Jaime L. Preciado*
JAIME L. PRECIADO
Special Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED that this action is reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.

Dated: September 12, 2008

IT IS SO ORDERED
VAUGHN R. WALKER
United States District Judge

Judge Vaughn R Walker

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TERRY L. DOBBINS,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. C:08-CV-282 VRW<br><br>[PROPOSED] JUDGMENT |

IT IS HEREBY ADJUDGED that the agency's final decision is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g). The Commissioner of Social Security shall assume jurisdiction to conduct further administrative proceedings as set forth in the parties' Stipulation of Remand, filed herein. This constitutes a final judgment under Fed. R. Civ. P. 58.

Dated: _____       _____
                                             VAUGHN R. WALKER
                                             United States District Judge