UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TERRY L. DOBBINS,                    )
                                     )    CIVIL NO. C: 08-CV-282 VRW
              Plaintiff,             )
                                     )
          v.                         )    STIPULATION FOR THE AWARD AND
                                     )    PAYMENT OF ATTORNEY FEES
MICHAEL J. ASTRUE,                   )    PURSUANT TO THE EQUAL ACCESS TO
Commissioner of Social               )    JUSTICE ACT, 28 U.S.C. §
Security,                            )    2412(d) AND COSTS PURSUANT TO
                                     )    28 U.S.C. § 1920
              Defendant.             )
_____)

     IT IS HEREBY STIPULATED by and between the parties through

their undersigned counsel, subject to the approval of the Court,

that Plaintiff's counsel, as Plaintiff's assignee, be awarded

attorney fees under the EAJA in the amount of three-thousand

five-hundred and fifty dollars and zero cents ($3550.00) and

$371.63 costs of court.  This amount represents compensation for

all legal services rendered on behalf of Plaintiff by counsel in

connection with this civil action, in accordance with 28 U.S.C. §

2412(d).

     This stipulation constitutes a compromise settlement of

Plaintiff's request for EAJA attorney fees, and does not

constitute an admission of liability on the part of Defendant

under the EAJA.  Payment of three-thousand five-hundred and fifty

dollars and zero cents ($3550.00) in EAJA attorney fees, and

$371.63 costs of court shall constitute a complete release from

and bar to any and all claims Plaintiff may have relating to EAJA

fees in connection with this action.  Any payment shall be made

payable to Plaintiff's counsel as Plaintiff's assignee and

delivered to Plaintiff's counsel.

1    This award is without prejudice to the rights of Plaintiff's

2   counsel to seek Social Security Act attorney fees under 42 U.S.C.

3   § 406, subject to the provisions of the EAJA.

4                                   Respectfully submitted,

5   Dated: October 28, 2008        /s/Harvey P. Sackett
                                    HARVEY P. SACKETT
6                                   Attorney for Plaintiff
                                    *as authorized via fax
7

8
    Dated: October 28, 2008        McGregor W. Scott
9                                   United States Attorney

10

11                                  /s/ Jaime L. Preciado
                                    JAIME L. PRECIADO
12                                  Special Assistant U.S. Attorney

13                                  Attorneys for Defendant

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1                    UNITED STATES DISTRICT COURT

2                   NORTHERN DISTRICT OF CALIFORNIA

3   TERRY L. DOBBINS,                )
                                     )
4                    Plaintiff,      ) NO. C: 08-CV-282 VRW
                                     )
5                                    ) [PROPOSED] ORDER AWARDING EQUAL
             v.                      ) ACCESS TO JUSTICE ACT ATTORNEY
6                                    ) FEES PURSUANT TO
    MICHAEL J. ASTRUE,               ) 28 U.S.C. § 2412(d) AND COSTS
7   Commissioner of Social           ) PURSUANT TO 28 U.S.C. § 1920
    Security,                        )
8                                    )
                     Defendant.      )
9   _____)

10       Based upon the parties' Stipulation for the Award and

11  Payment of Equal Access to Justice Act Fees,

12  IT IS ORDERED that Plaintiff's counsel, as Plaintiff's assignee,

13  shall be awarded attorney fees under the EAJA in the amount of

14  three-thousand five-hundred and fifty dollars and zero cents

15  ($3550.00), as authorized by 28 U.S.C. § 2412(d), and $371.63

16  costs of court, pursuant to 28 U.S.C. § 1920  subject to the

17  terms of the above-referenced Stipulation.

18

19  Dated: _____    11/4/08

20                        THE HONORABLE _____ WALKER
                          UNITED STATES _____ COURT JUDGE

21

                          IT IS SO ORDERED
                          Judge Vaughn R Walker

3