United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TERRY L DOBBINS,

    Plaintiff,

    v

MICHAEL J ASTRUE, Commissioner of Social Security,

    Defendant.

No C 08-0282 VRW

ORDER

---

Judgment in this matter was entered on September 23, 2008 pursuant to a stipulation between the parties. Doc #19. The parties then stipulated to attorney fees under the Equal Access to Justice Act (EAJA), 28 USC § 2412(d), "represent[ing] compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action," and an order giving effect to the stipulation was entered on December 29, 2008. Doc #25. Nearly ten months later, on October 13, 2009, plaintiff filed another motion for attorney fees, this time under 42 USC section 406(b). Doc #26. After defendant Michael J Astrue did not respond to the second motion, the court determined that defendant's counsel

1  of record is no longer representing defendant and a new counsel has
2  been designated to respond to plaintiff's motion.  See Doc # 27.
3       Defendant is now directed to respond to the motion at
4  docket number 26 on or before January 29, 2010.  Should plaintiff
5  wish to submit a reply, he shall do so no later than February 12,
6  2010.  The matter will be deemed submitted after that date.

8       IT IS SO ORDERED.

_____
**VAUGHN R WALKER**
United States District Chief Judge